**Leonel Antonio REYES, Petitioner,**

v.

**John ASHCROFT, U.S. Attorney General, Respondent.**

No. 03–60350.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 5, 2004.

Salvador Colon, Colon & Olvera, Houston, TX, for Petitioner.

Thomas Ward Hussey, Director, Margaret J. Perry, Leslie Cayer Ohta, John Ashcroft, pro se, US Department of Justice, Washington, DC, Hipolito Acosta, Houston, TX, Caryl G. Thompson, New Orleans, LA, for Respondent.

Before REAVLEY, JONES and PRADO, Circuit Judges.

PER CURIAM.*

Leonel Antonio Reyes, a citizen of Nicaragua, petitions for review of an order from the Board of Immigration Appeals ("BIA") dismissing his appeal of the immigration judge's ("IJ") decision to deny his application for withholding of removal under the Immigration and Nationality Act ("INA"). Reyes argues that the BIA erred by determining that, by relying solely on his own "vague and inconsistent" testimony, he failed to meet his burden of proof to warrant withholding of removal under the INA. Reyes fails to provide any support for his challenge to the BIA's

credibility determination. *See Lopez De Jesus v. INS,* 312 F.3d 155, 161 (5th Cir. 2002). Moreover, he has failed to show that the BIA's decision was not supported by substantial evidence. *See Mikhael v. INS,* 115 F.3d 299, 302 (5th Cir.1997).

Accordingly, the petition for review is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

